PEOPLE *v.* KOSKI.

Appeal from Houghton, Condon (Stephen D.), J. Submitted Division 3 October 1, 1968, at Marquette. (Docket No. 5,054.)    Decided October 21, 1968. Leave to appeal denied February 18, 1969.  381 Mich 802.

Donald Larry Koski was convicted on his plea of guilty of breaking and entering with intent to commit larceny.   Defendant's motion to withdraw his plea denied.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Walter T. Dartland,* Prosecuting Attorney, for the people.

*Andrew H. Wisti,* for defendant on appeal.

PER CURIAM.   Defendant pled guilty to breaking and entering with intent to commit larceny, CL 1948, § 750.110, as amended by PA 1964, No 133 (Stat Ann 1968 Cum Supp § 28.305), was sentenced to one and one-half to ten years imprisonment and appeals, alleging non-compliance with GCR 1963, 785 in accepting the plea.

A review of the briefs and records discloses that there was acceptable compliance with the mandate set out in the court rule cited above.

Affirmed.

T. G. KAVANAGH, P. J., and McGREGOR and PHILIP C. ELLIOTT, JJ., concurred.